IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| STEVEN EARL COTTINGHAM, | CV. 08-1034-MA |
| Petitioner, | ORDER |
| v. | |
| J.E. THOMAS, Warden, | |
| Respondent. | |

MARSH, Judge

    Petitioner's motion to voluntarily dismiss (#23) is GRANTED. This proceeding is DISMISSED, without prejudice. Respondent's motion to lift stay (#18) is DENIED AS MOOT.

    IT IS SO ORDERED.

    DATED this 21__ day of April, 2010.

    _/s/  Malcolm F. Marsh_____
    Malcolm F. Marsh
    United States District Judge

1 -- ORDER